1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MAJOR SINGH

7

8
                 IN THE UNITED STATES DISTRICT COURT
9
             FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,      )   NO. CR-S-08-0157 FCD
                                  )
13                  Plaintiff,    )
                                  )   STIPULATION AND ORDER CONTINUING
14      v.                        )   STATUS CONFERENCE
                                  )
15 MAJOR SINGH,                   )   Date:  May 19, 2008
                                  )   Time:  10:00 a.m.
16                                )   Judge: Hon. Frank C. Damrell, Jr.
                    Defendant.    )
17                                )
   _____
18

19      It is hereby stipulated between the parties, Kyle Reardon,

20 Assistant United States Attorney, attorney for plaintiff, and Mary M.

21 French, Supervising Assistant Federal Defender, attorney for defendant

22 MAJOR SINGH, that the Status Conference hearing date of

23 May 5, 2008, is vacated and a new Status Conference hearing date of May

24 19, 2008, at 10:00 a.m. is hereby set.

25      This continuance is requested because defense counsel needs

26 additional time to obtain information regarding the defendant's

27 immigration history.

28      It is further stipulated that the period from May 5, 2008, through

1 and including May 19, 2008, should be excluded pursuant to

2 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

3 counsel and defense preparation.

4 Dated:  May 2, 2008                  Respectfully submitted,

5                                      DANIEL J. BRODERICK
                                       Federal Defender
6

7
                                          /s/ Mary M. French
8                                      MARY M. FRENCH
                                       Supervising Assistant
9                                      Federal Defender
                                       Attorney for Defendant
10                                     MAJOR SINGH

11 Dated:  May 2, 2008                  MCGREGOR W. SCOTT
                                       United States Attorney
12

13                                     /s/  Mary M. French for
                                            Kyle Reardon
14

15                                     KYLE REARDON
                                       Assistant U.S. Attorney
16                                     per telephonic authorization

17

18       IT IS SO ORDERED.

19 Dated: May 2, 2008

20

21                                     FRANK C. DAMRELL, JR.
                                       United States District Judge
22

23

24

25

26

27

28

Stipulation and Order            -2-