```
 1
 2
 3
 4
 5
 6
 7
 8                        IN THE UNITED STATES DISTRICT COURT
 9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,
11           Respondent,                    No. CR S-08-0157 FCD KJM P
12      vs.
13  MAJOR SINGH,
14           Movant.                        ORDER
15  _____/
```

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. See Rule 4, Rules Governing Section 2255 Proceedings.

Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

/////

/////

1

The Clerk of the Court shall serve a copy of this order, together with a copy of movant's December 15, 2008 motion,[1] on the United States Attorney or his authorized representative.

DATED: April 6, 2009.

_____
U.S. MAGISTRATE JUDGE

---

[1] Movant has filed two § 2255 motions. The court construes the December 15, 2008 motion as amending the November 10, 2008 motion.

1 sing0157.206(12.15.08)

2