IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,　　　　　　　　　　No. CR S-08-0157 FCD KJM P

   vs.

MAJOR SINGH,

        Movant.　　　　　　　　　　<u>ORDER</u>

_____/

        Respondent has requested an extension of time to file and serve a response to movant's December 15, 2008 motion pursuant to 28 U.S.C. § 2255. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's application for an extension of time (Docket No. 21) is granted; and

        2. Respondent is granted sixty days from the date of this order in which to file and serve a response to movant's December 15, 2008 motion pursuant to 28 U.S.C. § 2255.

DATED: May 7, 2009.

                                                _____
                                                U.S. MAGISTRATE JUDGE

/mp
sing0157.236