IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,        No. CR S-08-0157 FCD KJM P

  vs.

MAJOR SINGH,

    Movant.        <u>ORDER</u>

_____/

    Movant is proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2255. On June 10, 2009, respondent filed a motion to dismiss. Movant has not filed an opposition. Good cause appearing, IT IS HEREBY ORDERED that movant file his opposition to respondent's motion to dismiss within fifteen days. Failure to file an opposition will result in a recommendation that this action be dismissed under Federal Rule of Civil Procedure 41(b).

DATED: September 24, 2009.

_____
U.S. MAGISTRATE JUDGE

1
sing0157.osc