IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,               No. CR S-08-0157 FCD KJM P

    vs.

MAJOR SINGH,

        Movant.                 <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        On September 25, 2009, the court ordered movant to file an opposition to respondent's pending motion to dismiss within fifteen days. Movant was warned that failure to comply with the court's order would result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Movant has not complied with the court's September 25, order.

        Accordingly, IT IS HEREBY RECOMMENDED that:

        1. Movant's December 15, 2008 motion made pursuant to 28 U.S.C. § 2255 be denied; and

        2. The Clerk of the Court be directed to close the companion civil case CIV-S-08-2697 FCD KJM P.

/////

1   These findings and recommendations are submitted to the United States District
2   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3   days after being served with these findings and recommendations, any party may file written
4   objections with the court and serve a copy on all parties.  Such a document should be captioned
5   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
6   shall be served and filed within ten days after service of the objections.  The parties are advised
7   that failure to file objections within the specified time waives the right to appeal the District
8   Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
9   DATED: February 1, 2010.

_____
U.S. MAGISTRATE JUDGE

1
sing0157.frs